# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

May 18, 2022

Magistrate Judge Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *USA v Charles Berard,* 22 MJ 4169

Your Honor:

      I write to ask that this Court grant a extension for the co-signers to sign a bond on behalf of Charles Berard. Last week, this Court determined that Mr. Melendez should be released on a bond, with the understanding that three financially-responsible persons would co-sign his bond within one week. Since then, one individual has signed his bond, but there has been a delay in arranging for his other co-signers to do so. Accordingly, we ask that the conditions of the release be modified by giving the remaining co-signers until May 25, 2022, to co-sign the bond. The government consents to this application.

Very truly yours,

/s/
James E. Neuman

**APPLICATION GRANTED**

_[signature]_
Hon. Judith C. McCarthy    5-18-2022