> **APPLICATION GRANTED.**
> The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 11.
> Dated: July 5, 2022
>
> SO ORDERED.
>
> *Andrew Krause*
> _____
> ANDREW E. KRAUSE
> United States Magistrate Judge

**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___
212-966-5612
646-651-4559
)jamesneuman.com

July 5, 2022

Magistrate Judge Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re: *USA v Charles Berard,* 22 MJ 4169

Your Honor:

      I write to ask that this Court modify certain conditions of release.  As you may recall, Mr. Berard has been released on an unsecured bond, co-signed by three financially responsible persons.  The bond specifies that Mr. Berard is on home detention, and that his travel is limited to the District of Massachussetts (where he resides), the SDNY, and the EDNY.

      At the suggestion of pre-trial services, we ask for the following modifications:

(1) travel be extended to include the District of Connecticut; and that
(2) pretrial be given discretion to approve travel for "family activities."

      The purpose of the first modification is to allow more opportunities for employmenet.  The purpose of the second modification is to enable pretrial to approve particiular family-related activities without the necessity of repeatedly seeking approval from this Court.

      The government takes no position with respect to these modifications.  As already noted, the pretrial office consents to these changes.

                                      Respectfully submitted,

                                      _____/s/_____
                                      James E. Neuman